UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

ROBERT BORRELLI,

                                       Plaintiff,

      -against-

CITY OF NEW YORK, THOMAS BARRETT, *in his individual and official capacities*, JAMES DODD, *in his individual and official capacities*, and SCOTT OLEXA, *in his individual and official capacities*,

                                      Defendants.
------------------------------------------------------------------- x

**STIPULATION OF DISMISSAL AND DISCONTINUANCE OF ACTION WITH PREJUDICE**

13 Civ. 03148 (FB)(RML)

        **WHEREAS,** plaintiff Robert Borrelli commenced the above-captioned action, by filing a complaint in the United States District Court for the Eastern District of New York, on March 23, 2015, alleging, among other things, among other things, violations of 42 U.S.C. §§ 1983 and 1986, and New York Civil Service Law § 75-b;

        **WHEREAS,** defendants the City of New York ("City"), Thomas Barrett, James Dodd and Scott Olexa deny each and every allegation of the complaint and any and all liability arising out of plaintiff's allegations; and

        **WHEREAS,** no party herein is an infant or incompetent for whom a committee has been appointed; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without any admission of any fault or liability; and

        **WHEREAS,** the parties are simultaneously entering into a Stipulation of Settlement, **NOW, THEREFORE,**

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, as represented below, that the above-captioned action be, and it is hereby withdrawn, discontinued,

and dismissed with prejudice, and without costs, fees or disbursements to any party, and an order to that effect may be entered without further notice.

| | | | |
|---|---|---|---|
| Dated: | New York, New York<br>November 20, 2015 | | **FAMIGHETTI & WEINICK, PLLC**<br>Attorneys for Plaintiff<br>155 Pinelawn Road, Suite 220S<br>Melville, New York 11747<br>(631) 352-0050<br>pjf@fwlawpllc.com |
| | | By: | _____<br>Peter J. Famighetti |
| Dated: | New York, New York<br>November 20, 2015 | | **ZACHARY W. CARTER**<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants<br>100 Church Street, Room 2-143<br>New York, New York  10007-2601<br>(212) 356-2475<br>sblank@law.nyc.gov |
| | | By: | _____<br>Shira M. Blank<br>Assistant Corporation Counsel |

SO ORDERED:

_____